IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**TIMOTHY E. OSBORNE,**

    **Plaintiff,**

**v.**                            **CIVIL ACTION NO. 2:07CV7**
                                       (Judge Keeley)

**ASPLUNDH TREE EXPERT COMPANY,**
**a Pennsylvania corporation,**

    **Defendant.**

<u>**ORDER SCHEDULING HEARING**</u>

The Court will conduct a scheduling conference on **January 29, 2008 at 10:00 a.m.** at the **Clarksburg, West Virginia** point of holding court at which time the court will address pending motions. The parties are directed to meet and submit a proposed discovery plan as required by Fed.R.Civ.P.26(f) on or before 5:00 p.m. January 28, 2008. Counsel may appear by telephone. The Court directs counsel for plaintiff to initiate the conference call to **304-624-5850.** Counsel for defendant shall notify counsel for plaintiff of the number where they may be reached for the call by 3:00 p.m. January 28, 2008.

It is so **ORDERED**.

The Clerk is directed to transmit copies of the order to counsel of record.

DATED: January 22, 2008.

                                       /s/ Irene M. Keeley
                                       IRENE M. KEELEY
                                       UNITED STATES DISTRICT JUDGE