```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**TIMOTHY E. OSBORNE,**

    **Plaintiff,**

**v.**                                          **CIVIL ACTION NO. 2:07CV7**
                                                                         **(Judge Keeley)**

**ASPLUNDH TREE EXPERT COMPANY,**
**a Pennsylvania corporation,**

    **Defendant.**

## ORDER DENYING MOTION TO REMAND

On January 31, 2008, the Court conducted a scheduling conference in this case. At that hearing, the Court considered the plaintiff's motion to remand. For the reasons stated on the record at that hearing, the Court **DENIED** the motion to remand (dkt. no 7).

It is so **ORDERED**.

The Clerk is directed to transmit copies of the order to counsel of record.

DATED: February 4, 2008.

                                                /s/ Irene M. Keeley
                                                IRENE M. KEELEY
                                                UNITED STATES DISTRICT JUDGE